**Motion GRANTED and Order filed January 19, 2018.**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-18-00033-CV

—————————

### IN RE MARK HYLAND, Relator

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
113th District Court
Harris County, Texas
Trial Court Cause No. 2014-24818**

## ORDER

On January 18, 2018, relator Mark Hyland, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Michael Landrum, Judge of the 113th District Court, in Harris County, Texas, to vacate his (1) June 30, 2014 Order Requiring Turnover and Appointing Receiver and Master, (2) November 10, 2017 Charging Order Against Judgment Debtor Mark Hyland's

Partnership and Membership Interests, and (3) December 15, 2017 Order to Show Cause, entered in trial court number 2014-24818.

Relator has also filed a "Motion for Emergency Stay" and a "Supplemental Motion for Emergency Stay", asking our court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion in part and issue the following order:

We **ORDER** the "Sanctions Order and Commitment Order", signed on January 12, 2018, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests the real parties-in-interest Pinewood Trading Group, LP and Eva Engelhart, the court–appointed receiver, to file a response to the petition for writ of mandamus on or before January 26, 2018. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Brown.